CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 13, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRY DONNELL MOSLEY, | |
| Plaintiff, | Case No. 7:24-cv-00646 |
| v. | **MEMORANDUM OPINION** |
| A.D. GONZALEZ *et al.*, | By:  Hon. Thomas T. Cullen |
| Defendants. | United States District Judge |

Plaintiff Larry Donnell Mosley, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 against multiple employees of the Virginia Department of Corrections. (*See* Compl. [ECF No. 1].) On October 4, 2024, the Court ordered Plaintiff to execute and return a consent to withholding of filing fees form to complete his application for leave to proceed in forma pauperis without prepayment of the filing fee. (*See* Order [ECF No. 3].) The Court advised Plaintiff that failure to comply with the order within 30 days would result in dismissal of this action without prejudice. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has failed to submit a signed consent form or pay the full filing fee. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). If he so chooses, Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once he is prepared to comply with the Court's orders.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 13th day of November, 2024.

> /s/ Thomas T. Cullen
> HON. THOMAS T. CULLEN
> UNITED STATES DISTRICT JUDGE